FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0582

WILKINSON, LLC, and JACK COUCH,

    Plaintiffs and Appellants,

v.

SCOTT and CINDY ERLER, LLP, SCOTT
ERLER, individually, AND DOES 1-10,

    Defendants and Appellees.

FILED

JAN 12 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Plaintiffs and Appellants Wilkinson, LLC, and Jack Couch have filed a notice of appeal from the order of the Third Judicial District Court, Cause No. DV-20-18. The appeal is from an order certified as final by the District Court pursuant to M. R. Civ. P. 54(b).

Pursuant to M. R. App. P. 4(4)(b), we have reviewed the District Court's certification order for compliance with M. R. App. P. 6(6). We conclude the court's certification order is in substantial compliance with the requirements of Rule 6(6) and our case law interpreting certification orders under Rule 54(b).

Therefore,

IT IS ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 12 day of January, 2021.

_____
Chief Justice

_____

Justices